This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38472

**STATE OF NEW MEXICO,**

      Plaintiff-Appellee,

v.

**JOHNATHON J. MARTINEZ,
a/k/a JONATHON J. MARTINEZ,
a/k/a JONATHAN MARTINEZ,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF QUAY COUNTY
Albert J. Mitchell, Jr., District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kimberly M. Chavez Cook, Assistant Appellate Defender
Santa Fe, NM

for Appellant

### MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}**    Defendant appeals the revocation of his probation. We issued a notice of proposed summary disposition proposing to reverse in part and affirm in part. Both the State and Defendant have filed responses indicating that they do not oppose our proposed summary disposition of the issues.

**{2}** Accordingly, for the reasons set out in our notice of proposed summary disposition, we reverse the revocation of Defendant's probation and remand this case to the district court for further proceedings.

**{3}    IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**ZACHARY A. IVES, Judge**